**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

LONNIE DONNELLY                                                                    PLAINTIFF

vs.                                                               Civil Action No. 3:02-cv-72 HTW-JCS

RICO McBEATH, et al.                                                          DEFENDANTS

## JUDGMENT

This matter came before the court after judgment was entered on March 26, 2008, for the purpose of determining what amount of damages should be awarded to the plaintiff.  A jury was empaneled and after hearing the evidence and receiving the court's instructions retired to deliberate and returned a verdict for the plaintiff in the amount of $25,000.00.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the plaintiff is hereby awarded the amount of $25,000.00 against the defendant Rico McBeath.

**SO ORDERED AND ADJUDGED, this the 28th day of August, 2008.**

**s/ HENRY T. WINGATE**
_____
**CHIEF UNITED STATES DISTRICT JUDGE**